UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. WRIGHT, | No. C 12-1639 RS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| LT. FORD, et al., | |
| Defendants. | |

Plaintiff has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights while held at R.J. Donovan Correctional Facility, which lies in San Diego County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants reside, in the County of San Diego, which lies within the venue of the Southern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Southern District. *See id.* § 1391(b). Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Southern District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

DATED: July 30, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-1639 RS (PR)
ORDER OF TRANSFER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANE WRIGHT,<br><br>      Plaintiff,<br><br>v.<br><br>L.T. FORD et al,<br><br>      Defendant._____/ | Case Number: CV12-01639 RS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Wright AK0811
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: July 30, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk